IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10CR000263-003FL

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER TO CREDIT RESTITUTION |
| ) | |
| BRAYAN CASTRO-LOPEZ, ) | |
| ) | |
| Defendant. ) | |

For good cause having been shown upon the Motion of the United States of America, it is hereby ordered that the Financial Section of the Court will credit $52,750.00 toward the restitution previously ordered.

SO ORDERED, this 25th day of April, 2013.

_____
Louise W. Flanagan
U. S. District Court Judge